GBK/np

FILED IN OPEN COURT

APR 21 1994

DEBORAH S. HUNT
CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. 94-00061-CB |
| | * USAO NO. 94R0158 |
| | * |
| | * VIOLATIONS: 21 USC §841 |
| DON LEONARD SCOTT, | *              21 USC §846 |
| JANNIE ELDRIDGE, and | *              18 USC §2 |
| BILL WARE | * |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about January 1, 1994, and continuing until on or about January 22, 1994, in the Southern District of Alabama, Southern Division and elsewhere,

DON LEONARD SCOTT,
JANNIE ELDRIDGE,
and BILL WARE

willfully, knowingly, and unlawfully did conspire with each other and with other persons, whose names are unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: approximately 509.40 grams of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, contrary to Title 21, United States Code, Section 841(a)(1).

It was part of the conspiracy that DON LEONARD SCOTT would

travel from the Houston area and other states to Mobile, Alabama; it was further a part of the conspiracy that **DON LEONARD SCOTT** would, or through other persons, distribute the crack cocaine at times and places unknown to the Grand Jury to **JANNIE ELDRIDGE** and **BILL WARE**; all in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

### COUNT TWO

On or about January 22, 1994, in the Southern District of Alabama, Southern Division,

**DON LEONARD SCOTT and
JANNIE ELDRIDGE**

knowingly and intentionally did unlawfully possess with intent to distribute approximately 254.7 grams of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

APRIL 1994

EDWARD J. VULEVICH, JR.
UNITED STATES ATTORNEY